# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 5, 2013

Robert P. Young, Jr.,
Chief Justice

146595 & (5)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN RE REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2012 PA 348 and 2012 PA 349                                    SC: 146595

_____/

By order of May 3, 2013, the Michigan Solicitor General was invited to file a brief in this case. On order of the Court, the Solicitor General's brief having been received, the request by the Governor for an advisory opinion on the constitutionality of 2012 PA 348 and 2012 PA 349 is again considered, and it is DENIED, because we are not persuaded that granting the request would be an appropriate exercise of the Court's discretion.

MARKMAN, J., would deny for the reasons set forth in the brief requested by this Court and entitled "Views of the State of Michigan."



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 5, 2013



Clerk

s0702